UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| IN RE: | CASE NO: |
|---|---|
| MOATES, KEVIN GREY | 06-02903-8-RDD |
| DEBTOR(S) | CHAPTER 7 |

## REPORT ON UNCLAIMED DIVIDENDS

JOHN C. BIRCHER III, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

1. That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | Amount |
|---|---|
| Wilma Price 254 S. Main St. Keyser WV 26726 | $8,834.54 |
| Total | $8,834.54 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED: July 21, 2010

/s/ John C. Bircher III
John C. Bircher III
State Bar No. 24119
1319 Commerce Drive
New Bern, NC 28562
Telephone: (252) 638-5792
Facsimile: (252) 637-7548