VAN–126 Order for Refund of Unclaimed Funds – Rev. 10/20/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kevin Grey Moates
  ( debtor has no known aliases )
P.O. Box 2497
Bangor, ME 04402

CASE NO.: 06–02903–8–RDD

DATE FILED: September 15, 2006

CHAPTER: 7

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $8834.54 constituting unclaimed funds is declared due to Aynne Morison for Wilma Price, 201 S. College St. #7, Martinsburg, WV 25401 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: February 16, 2011

*(signature)*

Randy D. Doub
United States Bankruptcy Judge